# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW GROSS, III,** | : | CIVIL NO. 1:16-CV-2289 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN, USP CANAAN,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 23rd day of June, 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED as to the claims concerning incident report numbers 2634977 and 1868010.

2. The claims challenging petitioner's custody classification, placement on a two-hour watch list, and request for transfer to a lower custody institution are DISMISSED without prejudice.

3. The Clerk of Court is directed to CLOSE this case.

                                           /S/ CHRISTOPHER C. CONNER
                                           Christopher C. Conner, Chief Judge
                                           United States District Court
                                           Middle District of Pennsylvania